CK:PT
F.#2009R02199

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

WAHID SIDDIQUI,

           Defendant.

- - - - - - - - - - - - - - - - -X

I N F O R M A T I O N

Cr. No. Cr-09-819 (ERK)
(T. 18, U.S.C., §§ 1349 and 3551 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

### CONSPIRACY TO COMMIT WIRE FRAUD

In or about and between November 2007 and October 2008, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant WAHID SIDDIQUI, together with others, did knowingly and intentionally conspire to devise a scheme and artifice to defraud the New York City Department of Buildings ("DOB") and others, and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, and for the purpose of executing the scheme and artifice, to transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce, writings, signs, signals, pictures and sounds, to wit: interstate

2

telephone, facsimile and electronic mail communications, all in violation of Title 18, United States Code, Section 1343.

(Title 18, United States Code, Sections 1349 and 3551 et seq.)

BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136